■ In the Matter of ALFRED JOHN MANGELS, an Attorney, Resignor. [782 NYS2d 194]—Voluntary resignation accepted and name removed from the roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Green, J.P., Pine, Scudder, Gorski and Lawton, JJ.

■ In the Matter of JOSEPH G. RISH, an Attorney, Resignor. [782 NYS2d 195]—Voluntary resignation accepted and name removed from the roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Green, J.P., Pine, Scudder, Gorski and Lawton, JJ.

■ In the Matter of FRANCIS W. TESSEYMAN, JR., for Reinstatement to the Practice of Law in the State of New York. [782 NYS2d 194]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Hayes, JJ.

■ In the Matter of KATHRYN L. TRAUB, an Attorney, Resignor. [782 NYS2d 193]—Voluntary resignation accepted and name removed from the roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ In the Matter of EUGENE C. HOLLOWAY, an Attorney, Resignor. [782 NYS2d 194]—Voluntary resignation accepted and name removed from the roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

■ In the Matter of BUFFALO POLICE BENEVOLENT ASSOCIATION, Petitioner, v STATE OF NEW YORK PUBLIC EMPLOYMENT RELATIONS BOARD, MICHAEL R. CUEVAS, as Chairman, Respondent. [782 NYS2d 393]—Motions for reargument granted and, upon reargument, the memorandum and order entered June 14, 2004 is amended by providing in the ordering paragraph and the last sentence of the memorandum that the counterclaim for enforcement is granted. [*See* 8 AD3d 958 (2004).] Present—Hurlbutt, J.P., Scudder, Kehoe and Gorski, JJ.